No. 80–5219. MIMS v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 80–5232. HIRTZER v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 80–5269. BOULWARE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 80–5282. MITCHELL v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 80–5306. BREWER v. OVERBERG, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 80–5324. PARK v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 80–5327. BAXTER v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 80–5338. SPARKS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 80–5339. DEVINE v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 80–5353. BARTH v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 80–5379. WALKER v. LOCKHART, CORRECTION DIRECTOR. C. A. 8th Cir. Certiorari denied.

No. 80–5381. COPELAND v. IOWA. Ct. App. Iowa. Certiorari denied.